UNITED STATES DISTRICT COURT
Southern District of Florida

FILED by __ D.C.
JAN - 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

U.S. Marshal # SS140-004

UNITED STATES OF AMERICA )
            Plaintiff    ) Case Number: CR 00-4001-SNOW
                         ) REPORT COMMENCING CRIMINAL
    -vs-                 )            ACTION
                         )
Donald T. Roberson       )
            Defendant

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO: Clerk's Office    MIAMI    (FT. LAUDERDALE)    W. PALM BEACH
    U.S. District Court              (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 1/3/00  1:30 pm

(2) Language Spoken: English

(3) Offense(s) Charged: Poss. with intent to Dist. Cocaine

(4) U.S. Citizen [✓] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 8/21/66

(6) Type of Charging Document: (check one)
    [ ] Indictment  [✓] Complaint  To be filed/Already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SDF

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ]YES  [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: None

(8) Date: 1/4/99    (9) Arresting Officer: SA Greg McDermott

(10) Agency: FBI    (11) Phone: (954) 938-2968

(12) Comments: None

UNITED STATES DISTRICT COURT
Southern District of Florida

FILED by ___ D.C.
JAN 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA./FT. LAUD.

U.S. Marshal # 551_____

UNITED STATES OF AMERICA     )
            Plaintiff        )   Case Number: CR 00-4002-SNOW
                             )   REPORT COMMENCING CRIMINAL
    -vs-                     )             ACTION
                             )
JOSEPH SAMUELS               )
            Defendant

************************************************

TO: Clerk's Office     MIAMI   (FT. LAUDERDALE)   W. PALM BEACH
    U.S. District Court              (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 1/3/00   1:30   am/(pm)

(2) Language Spoken: ENGLISH

(3) Offense(s) Charged: POSS W/ INTENT DISTR COCAINE
                        CONSPIRACY

(4) U.S. Citizen [✓] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: 11/9/71

(6) Type of Charging Document: (check one)
    [ ] Indictment  [✓] Complaint  (To be filed)/Already filed
    Case # _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: SDF

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES  [✓] NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: NONE

(8) Date: 1/4/00      (9) Arresting Officer: GREG MCDERMOTT

(10) Agency: FBI      (11) Phone: (954) 938-2968

(12) Comments: NONE