UNITED STATES DISTRICT COURT
Southern District of Florida

```
                              JAN -4 2000
                              CLARENCE MADDOX
                              CLERK U.S. DIST. CT.
                              S.D. OF FLA. FT. LAUD.
```

U.S. Marshal # 55141-ccy

UNITED STATES OF AMERICA )
    Plaintiff ) Case Number: CR 00-4001-SNOW
          ) REPORT COMMENCING CRIMINAL
-vs-        ) ACTION
          )
Lavache, Frantz )
    Defendant

****************************************************

TO: Clerk's Office MIAMI FT. LAUDERDALE: W. PALM BEACH
  U.S. District Court   (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
   MAGISTRATES COURT ABOVE

****************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 1/4/00 1:30 am/pm

(2) Language Spoken: English

(3) Offense(s) Charged: Poss W/intent Dist. Cocaine Conspiracy

(4) U.S. Citizen [ ] Yes [X] No [ ] Unknown

(5) Date of Birth: 12/22/74

(6) Type of Charging Document: (check one)
   [ ] Indictment [X] Complaint (To be filed)/Already filed
   Case# _____

   [ ] Bench Warrant for Failure to Appear
   [ ] Probation Violation Warrant
   [ ] Parole Violation Warrant

   Originating District: SDF

   COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES [X] NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: _____ (9) Arresting Officer: Greg McDermott

(10) Agency: FBI (11) Phone: (954) 933-2968

(12) Comments: _____

# United States District Court

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

V.

JOSEPH SAMUELS

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 00-4002-SNOW

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __AUGUST 17, 1999__ in __Broward__ county, in the __Southern__ District of __Florida__ defendant(s) did, (Track Statutory Language of Offense)

possess with intent to distribute cocaine.

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following facts:
                                 Official Title

Please see attached affidavit.

Continued on the attached and made a part hereof:    [x] Yes  [ ] No

Signature of Complainant
GREG MCDERMOTT, SPECIAL AGENT
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence,

__January 4, 2000__  at  __Ft. Lauderdale, FL__
Date                      City and State

LURANA S. SNOW
CHIEF U.S MAGISTRATE JUDGE                 _Lurana S. Snow_
Name and Title of Judicial Officer

<u>AFFIDAVIT OF GREGORY A. MCDERMOTT</u>

1.  I am a Special Agent employed by Federal Bureau of Investigation and have been so employed for the past 5 years. I am presently assigned to the North Broward Drug Enforcement Unit, High Intensity Drug Trafficking Area (H.I.D.T.A.), Fort Lauderdale, Florida. The information contained in this affidavit is based upon my personal knowledge and information provided to me by other law enforcement officers.

2.  A confidential source, who has proven to be reliable in the past, provided information that Donald Roberson distributes cocaine from 1604 Northwest 11 Court, Fort Lauderdale, Florida. Previous surveillance during controlled drug purchases at this location along with separate source information led to identifying Roberson's "stash" house located at 5802 Northwest 12 Street, Apartment F, Sunrise, Florida.

3.  Your affiant has learned from his training and experience that distributors of controlled substances frequently use "stash" houses in residential areas to store and conceal controlled substances.

4.  On October 29, 1998, a confidential source made a controlled purchase of $100 of cocaine powder from Joseph Samuels at 1721 NW 6th Ave., Fort Lauderdale, Florida. Confidential source information had previously identified this location as a drug house controlled by Donald Roberson. A search warrant executed at the house on November 18, 1998 yielded 18 bags of powder cocaine, 5 bags of marijuana, a 38 cal. pistol, and

various documents linking Roberson to the residence. At the time of the execution of the search warrant, Samuels was at the residence conducting a drug transaction in the driveway.

5. On August 17, 1999, a confidential source participated in a controlled purchase of crack cocaine at 1604 Northwest 11th Court, Fort Lauderdale, Florida. When the confidential source arrived at the above address, she/he was greeted by Joseph Samuels. Samuels advised the confidential source that Roberson did not leave the cocaine requested by the confidential source. Samuels instructed the confidential source to return at a later time that day. The confidential source departed the address and met with investigators. At approximately 6:00 pm, the confidential source was once again instructed to return to the above residence where the confidential source was greeted by Samuels, Roberson and an unknown black male identified as Roberson's cousin. Roberson explained to the confidential source that he did not have the requested cocaine processed into hard form (crack). Roberson told the confidential source that he would have his cousin process the powdered cocaine into a crack form. While in the presence of the confidential source, Roberson asked the unknown black male to process the cocaine into to crack. The confidential source was then told it would take about half an hour to cook the crack. The confidential source paid Roberson $300.00 for the "crack." Donald Roberson advised the confidential source that he expected $600.00 in return from sale of the "crack" cocaine.

6.  While inside the residence August 17, 1999, the confidential source witnessed Samuels conduct approximately four (4) narcotics transactions. The confidential source stated that Samuels kept the narcotics he used to sell to individuals in a large plastic bag which he had in his front pants pocket. When it was time for the crack to be packaged, Samuels handed the unidentified black male a plastic bag. The unidentified black male then put the crack cocaine into the plastic bag and placed it on a counter for the confidential source. The crack cocaine later lab tested positive for cocaine weighing approximately 10 grams.

7.  On January 3, 2000, at approximately 12:00 pm, a police surveillance was conducted at 1604 Northwest 11 Court, Fort Lauderdale, Florida, and 5802 Northwest 12 Street, Sunrise, Florida. At approximately 12:03 pm, a black male, later identified as Donald Roberson was observed leaving 1604 Northwest 11 Court, Fort Lauderdale, Florida, in a white 2 door Oldsmobile Cutlass. It was apparent to your affiant that Donald Roberson was surveillance conscience and attempted to make several evasive turns in an attempt to elude the possibility of being followed.

8.  At approximately 12:19 pm, Donald Roberson arrived at 5802 Northwest 12 Street, Apartment F, Sunrise, Florida. Roberson was observed exiting the white Cutlass and seen approaching the front door of this location. A short time later, a black male, later identified as Frantz Lavache, was also observed arriving at this location driving a gold 1998 Ford F-150

that is registered to Donald Roberson. Lavache was seen exiting the pickup truck and approaching the front door of this location. A black male, later identified as Donald Roberson, was then seen exiting the location and departing the area into the gold 1998 Ford F-150 pickup. A lawful traffic stop was executed by a Sunrise marked police vehicle in the vicinity of 5600 block of Northwest 15 Street in Sunrise, Florida. During the traffic stop Roberson gave verbal consent to search the pick up truck. An open air search was conducted utilizing a narcotics K-9 dog. The search resulted in the discovery of approximately 10 brick shaped packages found in the rear passenger compartment in a cardboard box. Further investigation revealed that the packages contained a white powdery substance, which field tested positive for the presence of cocaine.

9. At approximately 12:42 pm, a Red in color Chevrolet Corsica arrive at 5802 Northwest 12 Street, Apartment F, Sunrise, Florida. A black male, later identified as Joseph Samuels, was seen exiting the vehicle and approaching the front door of the location. At approximately 2:25 pm, two black males identified as Samuels and Lavache, were seen walking away from apartment "F", and entering the Red Chevrolet Corsica. Samuels and Lavache drive away from the location. At approximately 2:30 pm, a traffic stop was conducted on the Corsica by marked Sunrise Police vehicles. Further investigation revealed that the vehicle and its occupants were free of any narcotics and/or contraband, but were detained pending the outcome of this investigation.

4

10. At approximately 3:15 pm, a State of Florida issued search warrant was executed at 5802 Northwest 12 Street, Apartment F, Sunrise, Florida 33313. A search of the residence revealed a plastic bag in plain view on the living room table. In the plastic bag was a package with white powdery substance similar to what was found in Donald Roberson's vehicle, along with an additional clear plastic bag of a white powdery substance. In the kitchen ceiling panels two shoe boxes were found. One box contained clear plastic bags of a white powdery substance which field tested positive for cocaine. The second shoe box contained clear bags of a white powdery substance which also field tested positive for cocaine as well as a clear bag containing individual packaged green leafy substances which field tested positive for marijuana. Ten thousands dollars of U.S. currency ($10,000.00) was found in the south bedroom in the top drawer of night stand. In the northern most bedroom a plastic shopping bag was recovered that contained a large quantity of small empty plastic zip lock bags commonly used to distribute illegal narcotics. Additionally digital scales were also recovered inside the location.

11. Your affiant submits that there is probable cause to believe that Joseph Samuels was in violation of title 21, United States Code, Section 846 and 841(a)(1). This affidavit is a summary of events occurring during the above

described investigation.

        Further Affiant Sayeth Naught.

_____
GREGORY A. MCDERMOTT
FEDERAL BUREAU OF INVESTIGATION

Sworn to and subscribed before me
this ____ day of January, 2000.

_____

_____
LURANA S. SNOW
CHIEF UNITED STATES MAGISTRATE JUDGE

6