# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

DONALD T. ROBERSON
FRANTZ LAVACHE

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: 00-4001-SNOW

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about JANUARY 3, 2000 in Broward county, in the Southern District of Florida defendant(s) did, (Track Statutory Language of Offense)

conspire to possess with intent to distribute cocaine and possess with intent to distribute cocaine.

in violation of Title 21 United States Code, Section(s) 846 and 841(a)(1)

I further state that I am a(n) Special Agent and that this complaint is based on the following facts:
Official Title

Please see attached affidavit.

Continued on the attached and made a part hereof:  [x] Yes  [ ] No

Signature of Complainant
GREG MCDERMOTT, SPECIAL AGENT
Federal Bureau of Investigation

Sworn to before me, and subscribed in my presence,

January 4, 2000              at  Ft. Lauderdale, FL
Date                             City and State

LURANA S. SNOW
CHIEF U.S MAGISTRATE JUDGE
Name and Title of Judicial Officer

<u>AFFIDAVIT OF GREGORY A. MCDERMOTT</u>

1. I am a Special Agent employed by Federal Bureau of Investigation and have been so employed for the past 5 years. I am presently assigned to the North Broward Drug Enforcement Unit, High Intensity Drug Trafficking Area (H.I.D.T.A.), Fort Lauderdale, Florida. The information contained in this affidavit is based upon my personal knowledge and information provided to me by other law enforcement officers.

2. A confidential source, who has proven to be reliable in the past, provided information that Donald Roberson distributes cocaine from 1604 Northwest 11 Court, Fort Lauderdale, Florida 33311. Previous surveillance during controlled drug purchases at this location along with separate source information led to identifying Roberson's "stash" house located at 5802 Northwest 12 Street, Apartment F, Sunrise, Florida 33313.

3. Your affiant has learned from his training and experience that distributors of controlled substances frequently use "stash" houses in residential areas to store and conceal controlled substances.

4. On January 3, 2000, at approximately 12:00 pm, a police surveillance was conducted at 1604 Northwest 11 Court, Fort Lauderdale, Florida, and 5802 Northwest 12 Street, Sunrise, Florida. At approximately 12:03 pm, a black male, later identified as Donald Roberson was observed leaving 1604 Northwest 11 Court, Fort Lauderdale, Florida, in a 1985 white 2 door Oldsmobile Cutlass. It was apparent to your affiant that Donald

Roberson was surveillance conscience and attempted to make several evasive turns in an attempt to elude the possibility of being followed.

    5. At approximately 12:19 pm, Donald Roberson arrived at 5802 Northwest 12 Street, Apartment F, Sunrise, Florida. Roberson was observed exiting the white Cutlass and seen approaching the front door of this location. A short time later, a black male, later identified as Frantz Lavache was also observed arriving at this location driving a gold 1998 Ford F-150 that is registered to Donald Roberson. Lavache is seen exiting the pickup truck and approaching the front door of this location. A black male, later identified as Roberson is then seen exiting the location and departing the area the gold Ford F-150 pickup. A lawful traffic stop was executed by a Sunrise marked police vehicle in the vicinity of 5600 block of Northwest 15 Street in Sunrise, Florida. During the traffic stop Donald Roberson gave verbal consent to search the pick up truck. An open air search was conducted utilizing a narcotics K-9 dog. The search resulted in the discovery of approximately 10 brick shaped packages found in the rear passenger compartment in a cardboard box. Further investigation revealed that the packages contained a white powdery substance, which field tested positive for the presence of cocaine.

    6. At approximately 12:42 pm, a 1998 Red Chevrolet Corsica arrives at 5802 Northwest 12 Street, Apartment F, Sunrise, Florida. A black male, later identified as Joseph Samuels was

seen exiting the vehicle and approaching the front door of the location.  At approximately 2:25 pm, two black males identified as Samuels and Lavache were seen walking away from apartment "F", and driving away from the location in the Red Chevrolet Corsica. At approximately 2:30 pm, a traffic stop was conducted on the Corsica by marked Sunrise Police vehicles.  Further investigation revealed that the vehicle and its occupants were free of any narcotics and/or contraband, but were detained pending the outcome of this investigation.

    7.    At approximately 3:15 pm, a State of Florida issued search warrant was executed at 5802 Northwest 12 Street, Apartment F, Sunrise, Florida 33313.  A search of the residence revealed a plastic bag in plain view on the living room table. In the plastic bag was a package with white powdery substance similar to what was found in Donald Roberson's vehicle, along with an additional clear plastic bag of a white powdery substance.  In the kitchen ceiling panels two shoe boxes were found.  One box contained clear plastic bags of a white powdery substance which field tested positive for cocaine.  The second shoe box contained clear bags of a white powdery substance which also field tested positive for cocaine as well as a clear bag containing individual packaged green leafy substances which field tested positive for marijuana.  Ten thousands dollars of U.S. currency ($10,000.00) was found in the south bedroom in the top drawer of night stand. In the northern most bedroom a plastic shopping bag was recovered that contained a large quantity of

small empty plastic zip lock bags commonly used to distribute illegal narcotics. Additionally digital scales were also recovered inside the location.

8.  Your affiant submits that there is probable cause to believe that Donald Roberson and Frantz Lavache were in violation of title 21, United States Code, Section 846 and 841(a)(1). This affidavit is a summary of events occurring during the above described investigation.

                Further Affiant Sayeth Naught.

                _____
                GREGORY A. MCDERMOTT
                SPECIAL AGENT
                FEDERAL BUREAU OF INVESTIGATION

Sworn to and subscribed before me this _____ day of January, 2000.

_____
LURANA S. SNOW
CHIEF UNITED STATES MAGISTRATE JUDGE

4

COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: JOSEPH SAMUELS         (J)     CASE NO: 00-4002-SNOW
                                              ~~00-4001-SNOW~~
AUSA: DAVID CORA  /nc/              ATTY: _____
AGENT: _____       VIOL: _____

PROCEEDING I/A ON COMPLAINT         RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no          COUNSEL APPOINTED Phil Horowitz

_____ BOND SET @

_____ SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS     x's a wk/month by phone;     x's a wk/month in person
3) Travel extended to:

*Deft advised of charges - sworn*
*for apptmt of Counsel*

*CJA Counsel to be appointed*

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL:
                         (PTD)/BOND HRG:    1-11  //  Snow
                         PRELIM/ARRAIGN:    1-14  //  Snow
                         REMOVAL HRG:
                         STATUS CONF:

Date: 1-4-00    Time 11:00    FTL/LSS
                              TAPE #00- 001    Begin: 245    End:

[FILED by ___ D.C. JAN - 4 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]