COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: DONALD T. ROBERSON (J)          CASE NO: 00-4001-SNOW
AUSA: DAVID CORA /pres/               ATTY: Martin Bidwill
AGENT:                                VIOL:

PROCEEDING I/A ON COMPLAINT           RECOMMENDED BOND PTD
BOND HEARING HELD - yes/no            COUNSEL APPOINTED _FPD_
____ BOND SET @
____ SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS ____ x's a wk/month by phone; ____ x's a wk/month in person
3) Travel extended to:

*Deft advised of Charges – sworn for apptmt of counsel*

[FILED JAN 4 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:
                          (PTD)/BOND HRG:   1-7    10   Snow
                          PRELIM/ARRAIGN:   1-14   11   Snow
                          REMOVAL HRG:
                          STATUS CONF:

Date: 1-4-00    Time 11:00    FTL/LSS TAPE #00- 001    Begin: 245    End:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-4002-SNOW

UNITED STATES OF AMERICA

    Plaintiff,

v.

JOSEPH SAMUELS
    Defendant.
_____/

**ORDER ON INITIAL APPEARANCE**
Language   English
Tape No.   00- *CO 1*
AUSA   David Cora
Agent   FBI

[FILED JAN - 4 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

    The above-named defendant having been arrested on JANUARY 3, 2000, having appeared before the court for initial appearance on JANUARY 4, 2000 and proceedings having been held in accordance with F.R.C.P. 5 or 40(a), it is thereupon
    **ORDERED** as follows:
1. _____ appeared as permanent/temporary counsel of record.
   Address:_____
   Zip Code: _____ Telephone:_____
2. ___*Phil Horowitz*_____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at _____
on _____.
4. Arraignment/Preliminary/Removal/Identity hearing is set for *Jan 14* at *11* before Judge *Snow*
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because ___
_____
    A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for *Jan 11* at *11* before Judge *Snow*
6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142: _____
    This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
___a. Surrender all passports and travel document to the Pretrial Services Office.
___b. Report to Pretrial Services as follows:_____times a week /month by phone, _____time a week/month
    in person; other: _____
___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances
    prohibited by law.
___d. Maintain or actively seek full time gainful employment.
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
___i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.



___ Comply with the following additional special conditions of this bond: _____

_____

This bond was set: At Arrest _____X_____
                On Warrant _____
                After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Ft. Lauderdale, Florida this 4TH day of JANUARY, 2000.

_____
CHIEF U. S. MAGISTRATE JUDGE
LURANA S. SNOW

cc: Assistant U.S. Attorney
    Defendant
    Counsel
    Copy for Judge
    Pretrial Services/Probation