# COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: JOSEPH SAMUELS          (J)      CASE NO:    00-6015-CR-ZLOCH
AUSA: DAVID CORA  /Bowell              ATTY:  PHILIP HOROWITZ   pres
AGENT:                                 VIOL:
PROCEEDING ARRAIGNMENT                 RECOMMENDED BOND
BOND HEARING HELD - yes/no             COUNSEL APPOINTED

    BOND SET @

    SPECIAL CONDITIONS:

1) To be cosigned by:

2) Rpt to PTS    x's a wk/month by phone;    x's a wk/month in person

3) Travel extended to:

*FILED by D.C. JAN 14 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:

                          PTD/BOND HRG:

                          PRELIM/ARRAIGN:

                          REMOVAL HRG:

                          STATUS CONF:    JANUARY 28    11AM    SELTZER ✓

Date: 1-14-00    Time 11:00    FTL/LSS TAPE #00- 004    Begin: 129    End: 203