UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6015-CR-ZLOCH

UNITED STATES OF AMERICA

vs

JOSEPH SAMUELS

ARRAIGNMENT INFORMATION SHEET

[FILED by __ D.C. JAN 1 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.]

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JANUARY 14, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:           Address: __CUSTODY__

                     Telephone: _____

DEFENSE COUNSEL:     Name: __PHILIP HOROWITZ, ESQ.__

                     Address: _____

                     Telephone: _____

BOND SET/CONTINUED:  $ __CON'T IN PTD__

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __14TH__ day of __JANUARY__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: /s/ Jenny Butler
    Deputy Clerk

Tape No. V00-004

cc: Copy for Judge
    U. S. Attorney

29