# COURT MINUTES
## U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Joseph Samuels (no deft needed)  CASE NO: 00-6015-CR-Zloch
AUSA: Roger Powell / Ed Ryan  ATTNY: Phil Horowitz *will be present a few minutes ~~late~~*
AGENT: ___  VIOL: ___
PROCEEDING: Status Conference  BOND REC: ___

BOND HEARING HELD - yes/no  COUNSEL APPOINTED: ___

___ BOND SET @ ___

CO-SIGNATURES: ___

SPECIAL CONDITIONS: ___

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House ___
    ___ Electronic Monitoring ___

FILED by ___ D.C.
JAN 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

2-28-00 trial date
10 days
16 tapes out.

NEXT COURT APPEARANCE: ___  DATE: ___  TIME: ___  JUDGE: ___
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: ___
DATE: 1-28-00  TIME: 11:00am  TAPE # 00-010  PG # 5
2884-
34