UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6015-CR-ZLOCH

UNITED STATES OF AMERICA,

VS.

JOSEPH SAMUELS,

           Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on January 28, 2000. At that conference, the parties informed the Court as follows:

1.    The Government indicated that it has complied with its obligations under the Standing Discovery Order. The Government further represented that the transcripts of the audio tapes will be available within fifteen (15) days and the results of the laboratory examinations will be available within ten (10) days. The Government is ready to proceed and anticipates that this matter would require ten (10) days to try.

2.    Defense counsel anticipates that this matter will be resolved by way of a change of plea. If, however, the matter is not resolved by way of a plea agreement, defense counsel anticipates moving to continue the trial of this cause and moving to extend

1

the time for filing pretrial motions.

DATED at Fort Lauderdale, Florida this 28 day of January 2000.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable William J. Zloch
United States District Judge

Roger Powell, Esquire
Assistant United States Attorney

Philip Horowitz, Esquire
12651 South Dixie Highway, Suite 328
Miami, Florida 33156-5964
Attorney for Defendant