UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

Cases No. 00-6015-CR-ZLOCH

UNITED STATES OF AMERICA )
)
v. )
)
DONALD T. ROBERSON, )
FRANTZ LAVACHE )
and )
JOSEPH SAMUELS, )
)
Defendants. )
_____/

GOVERNMENT'S SPEEDY TRIAL REPORT

COMES NOW the United States of America, by and through its undersigned Assistant United States Attorney, and submits its Speedy Trial Report pursuant to Local Rule 25.

1. The Speedy Trial Act, Section 3161(c)(1), mandates that the trial of a federal indictment must occur within seventy (70) days of filing and making public of the indictment, or from the date of a defendant's initial appearance on the charges, whichever last occurs.

2. In the instant case, the defendants were indicted on January 13, 2000, and the defendants were arraigned on this indictment before Magistrate Judge Lurana S. Snow on January 14, 2000.

3. Since the filing of this case, proceedings have occurred resulting in excludable time under Title 18, United States Code, Section 3161(h). The United States provides the following chart

for the convenience of the Court:

| Event/Motion | Date | Date of Order | Excludable Time |
|---|---|---|---|
| (1) Arraignment | 01/14/00 | | 1 day |
| (2) Def. Roberson Motion to Cont. | 02/03/00 | Pending | |
| (3) Def. Lavache Motion to Cont. | 02/10/00 | Pending | |

4. The United States submits that as of Calendar Call on Friday, February 25, 2000, twenty-one (21) days of non-excludable time have elapsed since the indictment in this case. Title 18, United States Code, Section 3161(h)(3(A).

5. Trial of this action should commence within forty-nine (49) days from the date presently set for Trial - Monday, February 28, 2000, unless additional periods of excludable time occur.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.: 341411
Off.:(954) 356-7255; Fax. 356-7336
500 E. Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this **22th** day of **February 2000** to:

Mr. Richard P. Castillo, Esq.
Attorney for Defendant Roberson
440 South Andrews Avenue
Fort Lauderdale, Florida 33301

Ms. Ramona Tolley, Esq.
Attorney for Defendant Lavache
524 South Andrews Avenue, Suite 303N
Fort Lauderdale, Florida 33301

Mr. Philip R. Horowitz, Esq.
Attorney for Defendant Samuels
12651 South Dixie Highway, Suite 328
Miami, Florida 33156

_____
ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY