FILED by _____ D.C.

FEB 25 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## HONORABLE WILLIAM J. ZLOCH
## CRIMINAL MINUTES

CASE NUMBER CO-6015-CR-Zloch DATE 2-25-00

CLERK Cathie Newby    REPORTER Carl Schanzleh

PROBATION    INTERPRETER

UNITED STATES OF AMERICA v. Donald Robertson, Frantz Lavache
Joseph Samuels

U. S. ATTORNEY Roger Powell DEFT COUNSEL Richard Castillo;
Ramona Tolley; Philip Horowitz

DEFENDANT: PRESENT    NOT PRESENT    ON BOND    IN CUSTODY

REASON FOR HEARING Calendar Call

RESULT OF HEARING Defts Robertson & Lavache mtns
to continue granted - all time
excludable until trial actually
commences --

JUDGMENT

CASE CONTINUED TO    TIME    FOR

MISC 10 days



50