UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO:   00-6015-CR-ZLOCH



UNITED STATES OF AMERICA

v.

DONALD T. ROBERSON
FRANTZ LAVACHE
JOSEPH SAMUELS

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE
299 E. BROWARD BLVD.
FT. LAUDERDALE, Fl, 33301

COURTROOM A
DATE & TIME:
March 27, 2000, at 9:00 AM

CALENDAR CALL - RESET BY COURT

CLARENCE MADDOX
CLERK OF COURT

BY DEPUTY CLERK

DATE: March 7, 2000

cc:
Roger Powell, Esq., AUSA
Richard Castillo, Esq.
Ramona Tolley, Esq.
Philip Horowitz, Esq.