UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                CASE NO.: 00-6015-CR-ZLOCH

JOSEPH SAMUELS,

                    Magistrate Judge Brown

    Defendant.

_____/

**SEALED**
**MOTION FOR CONTINUANCE OF SENTENCING**

    COMES NOW the Defendant JOSEPH SAMUELS by and through his undersigned counsel and moves this Court for the entry of an order continuing the sentencing in this matter and in support thereof states as follows:

    1.  On April 18, 2000 the Defendant entered a guilty plea as to Count I of the indictment which generally charged his with a cocaine possession conspiracy.

    2.  Sentencing in this matter has been set for **Friday, July 14, 2000 at 1:30 p.m.** in Ft. Lauderdale.

    3.  Prior to and since the date of the entry of his plea, the Defendant has embarked on a extensive series of cooperation with the government.

    3.  The Defendant, who is detained on a $250,000 stipulated bond, has continued to cooperate almost since the inception of this case.

    4.  That in light of the language of the Federal Sentencing guidelines which places the burden of deciding whether or not a defendant receives the benefit of a motion pursuant to §5K1.1, the parties are in need of additional time within which to complete the

Defendant's cooperation.

5.    That in light of this set of circumstances and the groundwork that has already been done, the Defendant respectfully requests that this Court continue the Defendant's sentencing for at least thirty (30) days.

6.    Currently a similar motion has been file don behalf of codefendant Donald Roberson which disposition is unknown.

7.    In order that the Defendant's attempts at cooperation can be fully and fairly evaluated by the government, the extension is respectfully requested.

8.    That this motion is being made in good faith and not merely for purposes of delay. The is the first requested extension and no further extension are likely to be requested.

9.    That pursuant to Local Rule 88.9 the undersigned contacted Assistant United States Attorney Roger Powell and he does not object to the granting of this motion.

WHEREFORE, based upon the above and foregoing, the Defendant respectfully requests that this Court continue the sentencing of this case for approximately thirty (30) days.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 5th day of July, 2000 to: ROGER POWELL, ESQUIRE, Assistant United States Attorney, 500 East Broward Boulevard, Suite #700, Ft. Lauderdale, Florida 33301 and to MR. FRANK E. SMITH, United States Probation Officer, 299 East Broward Boulevard, Room 409, Ft. Lauderdale, Florida 33301.

Respectfully submitted,

*LAW OFFICES OF PHILIP R. HOROWITZ*
Attorney for Defendant SAMUELS
Suite #328 - Southpark Centre
12651 South Dixie Highway
Miami, Florida 33156
Tel.: (305) 232-1949
Fax:  (305) 232-1963


By: PHILIP R. HOROWITZ, ESQUIRE
Florida Bar No.: 466557

]

```
                              Case Selection
   Dkt type: cr   Case Number: 00-6015      Division: 0   FtLauderdale
    Title :  USA                         .V.  Roberson




   Filed       Entry Date  Last Update       History ID     Docketed by
   7/7/00       7/25/00     **/**/**          4101554           lh
      +----------------------------------------------------------------+
        SEALED DOCUMENT as to Joseph Samuels



      +viewing docket text------------------------------------------+
   Transaction: kseal doc -/ -/ - - -

    Command mode (? for commands)
```

Attached to D.E. # _23_