UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6015-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff

        V.             O R D E R

JOSEPH SAMUELS

    Defendant
_____

THIS MATTER is before the Court upon Sealed Motion For Continuance of Sentencing (filed July 7, 2000). The Court having reviewed the Court file and being otherwise fully advised in the premises, it is

ORDERED AND ADJUDGED that the aforementioned motion and application be and the same are hereby GRANTED. Sentencing of the defendant JOSEPH SAMUELS is hereby reset to August 25, 2000 at 11:30 AM, Courtroom A, 299 East Broward Boulevard, Fort Lauderdale, Florida.

IT IS FURTHER ORDERED AND ADJUDGED that the Clerk of Court shall seal the aforementioned motion and this order until December 31, 2000 at which time it shall be unsealed without further order of the Court.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _____14_____ day of July, 2000.

                              WILLIAM J. ZLOCH
                              Chief United States District Judge

cc:
Roger Powell, Esq., AUSA
Philip Horowitz, Esq.
Probation

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No <u>00-6015-CR-ZLOCH/SNOW</u>

United States

    Plaintiff,

vs. DOCKET ENTRY # <u>73, 74</u>
(to be completed by Clerk of Court)

Joseph Samuels

    Defendant.

_____/

### SEALED FILING COVER SHEET

Party Filing Matter Under Seal:
- Name: Joseph Samuels
- Address: Reg. No.: 55139-004
- Telephone: FDC - Miami
- Facsimile:
- E-mail:

Counsel for Party Filing Matter Under Seal:
- Name: Philip R. Horowitz, Esq.
- Address: 12651 S. Dixie Highway Suite #328 Miami, FL 33156
- Telephone: (305) 232-1949
- Facsimile: (305) 232-1963
- E-mail:

Date of Filing: 6/6/00

Party has filed a separate Motion to Seal, requesting that the matter remain sealed:
- ___ Until Conclusion of Trial
- ___ Until Conclusion of Direct Appeal
- _X_ Until Case Closing
- ___ Permanently
- ___ Other _____

If permanent sealing is required, specify the authorizing law, court order or court rule: _____

The moving party requests that when the sealing period expires, the filed matter should be (select one):
- _X_ unsealed and placed in the public portion of the court file
- ___ destroyed
- ___ returned to the party or counsel for the party, as identified above

---

### COURT RULING
(to be completed by Clerk based on Court's order)

Ruling on Motion to Seal: _✓_ Granted ___ Denied ___ Other
Date: 7-14-00

Matter May Be Unsealed After:
- ___ Conclusion of Trial
- ___ Case Closing
- ___ Conclusion of Direct Appeal
- ___ Other Dec. 31, 2000 w/o further order

___ Matter to remain sealed absent further Court Order

```
}
                         Case Selection
 Dkt type: cr   Case Number: 00-6015      Division: 0   FtLauderdale
 Title : USA                  .V. Roberson




 Filed      Entry Date  Last Update      History ID     Docketed by
 7/14/00      7/25/00     **/**/**        4101555           lh
 +-----------------------------------------------------------------+
     SEALED DOCUMENT as to Joseph Samuels



     +viewing docket text------------------------------------------+
 Transaction: kseal doc -/ -/ - - -

  Command mode (? for commands)
```

Attached to D.E. # 74