UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by _____ D.C.
AUG 2 5 2000
CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER C0-6015-Cr-Zloch  DATE 8-25-00

CLERK Carline Newby    REPORTER Carl Schanzlel

PROBATION Frank Smith    INTERPRETER

UNITED STATES OF AMERICA v. Joseph Samuels

U. S. ATTORNEY Roger Powell  DEFT COUNSEL Philip Horowitz

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Sentencing

RESULT OF HEARING Ct 1 - 135 months custody of BOP - 5 yrs supervised release - $100 assessment - $5,000 Fine - Participate in drug/alcohol abuse program - Horowitz appointed for appeal - Ct Recommends facility to treat substance abuse problems - Recommends facility

JUDGMENT

CASE CONTINUED TO _____ TIME _____ FOR on State of Florida —

MISC