UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6015-CR-ZLOCH

UNITED STATES,

    Plaintiff,

vs.                                                    **O R D E R**

JOSEPH SAMUELS,

    Defendant.
_____/

    THIS MATTER is before the Court upon Defendant Joseph Samuels's Motion For Reduction Of Sentence (DE 141). The Court has carefully reviewed said Motion and the entire court file and is otherwise fully advised in the premises.

    The Court notes that, at sentencing held in the above-styled cause on August 25, 2000, it sustained Defendant's objection to Paragraph 35 of the Pre-Sentence Report. See DE 79, p. 7. In so ruling, the Court held Defendant responsible only for 11 kilograms of cocaine, and not for the additional 85.9 kilograms of cocaine base ("crack cocaine") for which he was charged. Thus, Defendant is ineligible for a reduction of his sentence.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that Defendant Joseph Samuels's Motion For Reduction Of Sentence (DE 141) be and the same is hereby **DENIED**.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___1st___ day of ___APRIL___, 2008.

                                                             /s/ William J. Zloch
                                                           WILLIAM J. ZLOCH
                                                          United States District Judge

Copies furnished:

All Counsel of Record